IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *PETER KEENAN* | : | |
| *Plaintiff* | : | |
| *v.* | : | |
| | : | |
| *UNUM PROVIDENT CORPORATION* | : | Civil Action No.  02-CV-4420 |
| *Successor-In-Interest to PAUL REVERE* | : | |
| *LIFE INSURANCE COMPANY and* | : | |
| *JOSEPH P. REILLY INSURANCE AGENCY* | : | |
| *Defendants* | : | |

**RESPONSE OF DEFENDANT, THE PAUL REVERE LIFE INSURACNE COMPANY, TO THE CROSS-CLAIM OF DEFENDANT, <u>JOSEPH P. REILLY INSURANCE AGENCY</u>**

1. The averments in this paragraph do not require a response.

2. Denied.  The averments stated in the corresponding paragraph state conclusions of law to which no responsive pleading is required.  It is specifically denied that defendant, the Paul Revere Life Insurance Company, is liable to the plaintiff on any allegation in the Complaint and/or liable over to the co-defendant, Joseph P. Reilly Insurance Agency pursuant to its cross-claim.

WHEREFORE, answering defendant, the Paul Revere Life Insurance Company respectfully request that judgment be entered in its favor and against all parties, together with appropriate costs and fees.

Respectfully submitted,

*WHITE AND WILLIAMS LLP*

By: _____
*ANDREW F. SUSKO, ESQUIRE*
*KEVIN C. COTTONE, ESQUIRE*
Attorney I.D. Nos. 35664/72775
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-6228/7108

Doc#: 1335053 v1

Dated: September 12, 2002

Attorneys for Defendant,
The Paul Revere Life Insurance Company
of America

Doc#: 1335053 v1