IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER KEENAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNUM PROVIDENT CORPORATION, et al. | : | NO. 02-4420 |

### **O R D E R**

**AND NOW**, this       day of    JANUARY, 2003, it is Ordered that **ORAL ARGUMENT** [regarding the issue of whether ERISA preempts state law so as to determine federal jurisdiction] will be held on **Monday, February 3, 2003** at **3:00 p.m.**.  The conference will be held in chambers, room 7613 on the 7th floor.


ATTEST:                                       or     BY THE COURT


BY:_____        _____
      Deputy Clerk                                    Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to: